

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
90 CHURCH STREET• NEW YORK, NY 10007

http:/nyc.gov/nycha

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2020
```

**GREGORY P. RUSS**
Chair & CEO

**LISA BOVA-HIATT**
EVP of Legal Affairs and General Counsel

WRITER'S DIRECT LINE
(212) 776-5259

September 25, 2020

*Via ECF*
The Honorable Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, New York, 10007

    Re:    *Parris v. New York City Housing Authority and Darrell Laval*
              No. 18-CV-8299 (VM)(GWG)

Dear Judge Marrero:

    I am counsel for Defendants New York City Housing Authority and Darrell Laval ("Defendants") in the above-referenced matter.

    The parties jointly and respectfully request an adjournment of the October 2, 2020 Case Management Conference. This is the parties' first request for this adjournment. On September 24, 2020, Magistrate Judge Gorenstein granted the parties' joint request for an adjournment of the September 25, 2020 fact discovery and October 23 and November 20, 2020 expert discovery deadlines. *See* docket entry no. 39. The fact discovery deadline is now December 17, 2020, Plaintiff's expert discovery deadline is January 14, 2021, and Defendants' expert discovery deadline is February 11, 2021. *See id*.

    Accordingly, the parties respectfully request that the Court adjourn the Case Management Conference to a date after December 17, 2020.

    Respectfully submitted,

    */s/ Jane E. Lippman*

cc: Marcel Florestal, Esq. (via ECF)

```
The request is granted. The October 2,
2020 Case Management Conference is
hereby adjourned until December 21, 2020
at 10:00 a.m.

SO ORDERED.
9/30/2020
DATE                    VICTOR MARRERO, U.S.D.J.
```

Lisa Bova-Hiatt, EVP of Legal Affairs and General Counsel ●Law Department ●Telephone (212) 776-5182 ●Fax (212) 776-5009