

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
90 CHURCH STREET• NEW YORK, NY 10007

http:/nyc.gov/nycha

**GREGORY P. RUSS**
Chair & CEO

**LISA BOVA-HIATT**
EVP of Legal Affairs and General Counsel

WRITER'S DIRECT LINE
(212) 776-5259

December 11, 2020

*Via ECF*
The Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York, 10007

> Defendants' request is GRANTED. The Case Management Conference scheduled for December 22, 2020, at 10:00 a.m. is hereby adjourned *sine die*.
>
> The parties are hereby ORDERED to file a joint status letter with the Court within one week after the close of expert discovery. In the letter, the parties shall state whether they intend to file motions for summary judgment. Additionally, the parties should update the Court on the prospects of settlement, including any settlement discussions that have occurred since the February 20, 2019 mediation session.
>
> SO ORDERED.
> Date: December 14, 2020
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

Re:   *Parris v. New York City Housing Authority and Darrell Laval*
        No. 18-CV-8299 (JPC)(GWG)

Dear Judge Cronan:

I am counsel for Defendants New York City Housing Authority and Darrell Laval ("Defendants") in the above-referenced matter.

Defendants respectfully request an adjournment of the December 22, 2020 Case Management Conference. Plaintiff consents to this request, which is the first adjournment of a Case Management Conference before Your Honor.[1]

On December 10, 2020, Magistrate Judge Gorenstein granted Defendants' request for an adjournment of the December 17, 2020 fact discovery and January 14 and February 11, 2021 expert discovery deadlines. *See* docket entries nos. 44 & 45. The fact discovery deadline is now February 18, 2021, Plaintiff's expert discovery deadline is March 18, 2021, and Defendants' expert discovery deadline is April 15, 2021. *See id*.

Accordingly, Defendants respectfully request that the Court adjourn the Case Management Conference to a date after February 18, 2021.

Respectfully submitted,

*/s/ Jane E. Lippman*

cc: Marcel Florestal, Esq. (via ECF)

---

[1] Judge Marrero adjourned Case Management Conferences on December 13, 2019, March 20, 2020, May 15, 2020, and October 2, 2020 as a result of discovery adjournments. *See* docket entries nos. 19, 21, 23, 26, & 41.