UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NATHANIEL PARRIS,                                :

                                                                   :         <ins>ORDER</ins>
                   Plaintiff,                    18 Civ. 8299 (JPC) (GWG)
                                                                     :

     -v.-

                                                                     :
NEW YORK CITY HOUSING AUTHORITY,
et al.,                                                :

                Defendants.          :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Marcel Florestal seeks to withdraw as counsel for plaintiff, Nathaniel Parris. (Docket # 53) as apparently does plaintiff (Docket # 52). Mr. Florestal's letter, however, does not comply with Local Civil Rule 1.4. Accordingly, the Court ORDERS as follows:

      1. Mr. Florestal shall file his motion to withdraw, which may be by letter, on or before February 5, 2021. The motion shall specify whether counsel seeks a lien of any kind, including but not limited to a charging or retaining lien, and the legal and factual basis for any such claim.

      2. Any party wishing to oppose this motion shall file papers in opposition by February 19, 2021 or send a letter to the Court for receipt by that date. Plaintiff may send a letter to the Court by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov

      In the alternative, plaintiff's response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007.

      3. A hearing on the motion will take place on <ins>February 26, 2021 at 10:00 a.m.</ins> At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden

      4. In addition to Mr. Florestal, <ins>plaintiff is required to attend this conference.</ins> Other parties are not required to attend. <ins>If plaintiff fails to attend, his claims may be dismissed.</ins>

      5. Mr. Florestal shall immediately arrange to deliver a copy of this Order and his motion to withdraw to plaintiff by (1) email, if available; and (2) regular mail. He shall also thereafter make all reasonable efforts to confirm with plaintiff <ins>by telephone, text message conversation, email or in person</ins> that these materials were actually received, that plaintiff understands that there

is a February 19, 2021 deadline for filing any written response to Mr. Florestal's papers, and that plaintiff is aware he must dial in to the Court conference on February 26, 2021, at 10:00 a.m.

      6.  On or before February 9, 2021, Mr. Florestal shall file with the Court an affidavit or declaration indicating his efforts to comply with paragraph 5 of this Order.

SO ORDERED.

Dated: January 28, 2021
      New York, NY

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge