UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
: 
NATHANIEL PARRIS, :
:
                Plaintiff, :
: 18 Civ. 8299 (JPC)
     -v- :
: ORDER
NEW YORK CITY HOUSING AUTHORITY and :
DARRELL LAVAL, :
:
                Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On January 18, 2022, the Court set a briefing schedule for the pending motion for summary judgment, and ordered Plaintiff to oppose the motion by April 25, 2022.  Dkt. 82.[1]  Plaintiff failed to file an opposition.  The Court extends Plaintiff's deadline to oppose *sua sponte* until May 25, 2022.  Defendants shall reply by June 1, 2022.

       SO ORDERED.

Dated: May 18, 2022
       New York, New York
                                          JOHN P. CRONAN
                                          United States District Judge

---

[1] Due to a typographical error, the memo endorsement set the deadline for "April 15, 2022," not "April 25, 2022," the requested deadline.  *See id.*