

> The request is granted and this case is stayed.  The summary judgment briefing schedule, Dkt. 82, is adjourned *sine die*.  The parties shall file joint status letters every two months on whether the case should resume, starting July 29, 2022.
>
> SO ORDERED.
> Date: May 24, 2022
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

May 24, 2022

**VIA ECF**
The Honorable Judge John P. Cronan
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

                    **Re:** *Parris v. New York City Housing Authority and Darrell Laval*
                          No. 18-CV-8299 (JPC)(GWG)

Dear Judge Cronan:

      This firm represents Plaintiff in the above–captioned matter.

      Counsel was out of the Office for several weeks due to COVID. Counsel returned to the office today. Counsel is in receipt of the Court's Order dated May 18, 2022 and thanks the Court for extending its time to answer. However, prior to Counsel being diagnosed with COVID, Plaintiff filed for bankruptcy protection under docket number **18-CV-08299(JPC)(GWG)**. Based on the foregoing, Counsel respectfully request that this matter be stay pending resolution of Plaintiff's bankruptcy case. I have emailed Counsel for the Defendants and Defendants do not oppose Plaintiff's request for a stay in this matter.




       If the Court has any questions, please do not hesitate to contact me at (914) 517-7568. Thank you for your time and consideration of this request.

                                       Respectfully submitted,

                                       /s/ Richard St. Paul

                                       Richard St. Paul, Esq.

cc:      Hanh Le, Esq. (*via email and ECF*)
          CronanNYSDChambers@nysd.uscourts.gov