

July 29, 2022

**VIA ECF**
The Honorable Judge John P. Cronan
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

        **Re:** *Parris v. New York City Housing Authority and Darrell Laval*
           No. 18-CV-8299 (JPC)(GWG)

Dear Judge Cronan:

    This firm represents Plaintiff in the above–captioned matter.

    Pursuant to the Court's August 2, 2022 Order, Counsel submits this joint letter in reference to the above-captioned matter. Plaintiff's bankruptcy matter is still active. Counsel has reached out to the Trustee in this matter upon my return from surgery last week and as of today, the Trustee has verbally agreed to retain this firm as Special Counsel.

    Counsel continues their request to stay this matter pending the official documentation retaining this firm as Special Counsel to the Bankruptcy Trustee. According to the Trustee, said documentation is forth coming. Based on following,cCounsel request that parties provide an update to the Court by or before November 3, 2022.




      If the Court has any questions, please do not hesitate to contact me at (914) 517-7568. Thank you for your time and consideration of this request.

                              Respectfully submitted,

                              /s/ Richard St. Paul

                              Richard St. Paul, Esq.

                              Respectfully submitted,
                              /s/ Hanh H. Le

                              Attorney for Defendants

cc:    Hanh Le, Esq. (*via email and ECF*)
          CronanNYSDChambers@nysd.uscourts.gov

The request is granted. The stay is extended to November 3, 2022. On or before that date, the parties shall file a status letter informing the Court of whether official documentation has been issued retaining Richard St. Paul as Special Counsel to the Bankruptcy Trustee.

SO ORDERED.
Date: October 12, 2022
New York, New York

                              JOHN P. CRONAN
                            United States District Judge