UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NATHANIEL PARRIS,                                                      :
                                                                       :
                                 Plaintiff,                            :
                                                                       :              18 Civ. 8299 (JPC)
                -v-                                                    :
                                                                       :                    ORDER
NEW YORK CITY HOUSING AUTHORITY *et al.*,                              :
                                                                       :
                                 Defendants.                           :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 4, 2022, Defendants New York City Housing Authority and Darrell Laval moved for summary judgment on all of Plaintiff Nathaniel Parris's claims in this case. Dkt. 83. Following a stay entered from May 26, 2022 to November 7, 2022, Dkts. 91, 97, Plaintiff opposed summary judgment on January 24, 2023, Dkts. 100-03. In connection with that opposition, Plaintiff submitted a Declaration signed by his attorney, to which 51 documents were affixed as exhibits. Dkt. 102. On February 17, 2023, Defendants moved, by letter, for leave to file a motion to strike nine of those documents. Dkt. 26.

In order both to ensure that the full record is available when deciding Defendants' motion for summary judgment and to avoid further delays in a case that was first filed over four years ago, Defendants' letter-motion for leave to move to strike, Dkt. 106, is denied, and their motion for summary judgment, Dkt. 83, is denied without prejudice. Plaintiff's counsel is ordered to confer with his client and ensure that he has produced all e-mails in his possession responsive to Defendants' discovery demands, especially Demand No. 2 in Defendants' First Set of Demands for Discovery. Any responsive e-mails that have not yet been produced shall be produced by March 10, 2023. For each of the nine e-mails or e-mail chains challenged in their proposed motion

to strike, Defendants shall by the same date produce the full e-mail chains and any additional contextual e-mails uncovered in reviewing their internal records. Defendants may then re-depose Plaintiff with respect to those documents only by March 31, 2023. By April 14, 2023, Defendants shall renew their motion for summary judgment. Defendants may, but need not, revise their briefing in light of the newly produced e-mails and further deposition of Plaintiff. Plaintiff shall oppose that motion by April 28, 2023, and Defendants shall reply by May 5, 2023.

      SO ORDERED.

Dated: February 24, 2023  
       New York, New York

                                                  JOHN P. CRONAN  
                                          United States District Judge