## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

NATHANIEL PARRIS,

                Plaintiff,

-against-                                   18 **CIVIL** 8299 (JPC)

## **JUDGMENT**

NEW YORK CITY HOUSING AUTHORITY and
DARRELL LAVAL,

                Defendants.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2024, the Court has granted Defendants' motion for summary judgment. Counts One and Two are dismissed with prejudice, and Counts Three and Five are dismissed without prejudice to Parris refiling them in state court; accordingly, the case is closed.

**Dated:** New York, New York

      March 29, 2024

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                       **BY:**           *K. Mango*

                                                                  **Deputy Clerk**